In the Matter of NATASHA RR., a Child Alleged to be Neglected. COLUMBIA COUNTY DEPARTMENT OF SOCIAL SERVICES, Appellant; MALISSA SS., Respondent.

Submitted September 10, 2007; decided October 23, 2007

Reported below, 42 AD3d 762.

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

In the Matter of WILLIAM R. PHILLIPS, Appellant, v ROBERT DENNISON, as Chairman of the New York State Board of Parole, Respondent.

Submitted June 4, 2007; decided October 23, 2007

Reported below, 41 AD3d 17.

Motion for leave to appeal dismissed upon the ground that the issues presented have become moot.

In the Matter of WILLIAM R. PHILLIPS, Appellant, v ROBERT DENNISON, as Chairman of the New York State Board of Parole, Respondent.

Submitted June 11, 2007; decided October 23, 2007

Reported below, 41 AD3d 17.

Motion by Santiago Ramirez for leave to file a brief amicus curiae on the motion for leave to appeal herein granted and the brief is accepted as filed.

DAVID S. PULTZ et al., Appellants, v CATHERINE ECONOMAKIS et al., Respondents.

Submitted August 20, 2007; decided October 23, 2007

Reported below, 40 AD3d 24.

Motion by the Office of the Manhattan Borough President for leave to file an affirmation amicus curiae on the motion for leave to appeal herein granted and the affirmation is accepted as filed.